IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02272-LTB

MY PHI,

    Plaintiff,

v.

RIVERWALK HOLDINGS, LTD., and
NELSON & KENNARD,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 23, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 23 day of October, 2012.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ S. Grimm
           Deputy Clerk