## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02272-LTB

MY PHI,

    Plaintiff,

v.

RIVERWALK HOLDINGS, LTD.,
NELSON & KENNARD, and
ROBERT SCOTT KENNARD,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The motion titled "Plaintiff's Motion for Leave to File a Motion for Reconsideration" (ECF No. 11) is DENIED as vague.  Plaintiff fails to allege under what rule she plans to file motion to reconsider.  The motion further is DENIED as unnecessary if she intends to file a motion pursuant to Rule 60 of the Federal Rules of Civil Procedure for relief from a judgment or order.

Dated:  May 8, 2013